NUMBER 13-01-221-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

VALERO ENERGY CORPORATION, ET AL.,            Appellants,

 

                                                   v.

 

M. W.
KELLOGG COMPANY, ET AL.,                                      Appellees.

____________________________________________________________________

 

                        On appeal from the 117th  District Court

                                  of Nueces
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yanez

Opinion
Per Curiam

 








Appellants, VALERO ENERGY CORPORATION, ET AL., perfected an appeal from a
judgment entered by the 117th District Court of Nueces
County, Texas, in cause number 96-2029-B.  After the record and briefs were filed, the
parties filed a joint motion to dismiss the appeal pursuant to settlement and
to expedite issuance of the mandate.  In
the motion, the parties state that they have entered into a settlement
agreement.  The parties request that this
Court dismiss the cause pursuant to this agreement and Tex. R. App. P.
42.1(a)(1) and 43.2(e).  The parties also
request that this Court release the supersedeas bond carrier in this cause from
any and all obligations.  The parties
further request that the Court expedite issuance of the mandate.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal
pursuant to settlement and to expedite issuance of the mandate, is of the
opinion that the motion should be granted. 
The joint motion to dismiss the appeal pursuant to settlement and to
expedite issuance of the mandate is GRANTED. 
The judgment of the trial court is VACATED, and the appeal is
DISMISSED.   It is ordered that National
Fire Insurance Company of Hartford, surety on the supersedeas bond in this
matter, be released from any and all obligations.  It is further ordered that the Clerk of this
Court expedite issuance of the mandate in this cause.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 11th day of April, 2002.